**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00270-CV**
_____

**DAVID PETE AND CECILE PETE, Appellants**

**V.**

**COMMUNITY BANK OF TEXAS, NA AND ALAN CRAMER
INVESTMENTS, INC., Appellees**

_____

**On Appeal from the 136th District Court
Jefferson County, Texas
Trial Cause No. D-201391**

_____

**MEMORANDUM OPINION**

On July 18, 2025, Appellants David Pete and Cecile Pete filed a notice of appeal from a judgment signed on July 17, 2025, from the 136th District Court of Jefferson County, Texas. Upon receiving the notice of appeal from Appellants, the Clerk of the Court issued an Invoice for the filing fee for the appeal. By letter dated August 19, 2025, we notified the parties that Appellants had not paid the filing fee

1

as directed in our letter and Bill of Costs previously forwarded to Appellants. A Certified Bill of Costs for the filing fee was enclosed and provided to Appellants.

We warned Appellants in our letter, dated August 19, 2025, that unless the filing fee was paid, the appeal would be dismissed without further notice on any date after Friday, August 29, 2025. *See* Tex. R. App. P. 42.3(c). As of this date, Appellants have failed to pay the filing fee as directed by this Court.

Appellants have not paid the filing fee for the appeal. Appellants did not file a statement of inability to pay costs in this matter and have not shown that they are entitled to proceed without payment of costs. *See id.* 20.1. Furthermore, Appellants failed to comply with a notice from the Clerk of the Court requiring a response within a specified time. *See id*. 42.3(c). We dismiss the appeal for want of prosecution. *See id*. 42.3(b), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on September 17, 2025
Opinion Delivered September 18, 2025

Before Golemon, C.J., Johnson and Chambers, JJ.